■ In the Matter of IRA M. DENHOFFER, a Suspended Attorney.—Motion for reinstatement granted as indicated. Concur —Ross, J. P., Kassal, Rosenberger, Ellerin and Wallach, JJ.